UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE JORDAN TIMCO,

    Plaintiff,

v.

STERLING HEIGHTS
POLICE DEPARTMENT, *et al.*,

    Defendants.

_____/

Case No. 23-11239

Honorable Nancy G. Edmunds

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On July 18, 2023, the Court issued an order requiring Plaintiff to clarify in writing within ten days whether he intends to voluntarily dismiss the claims in this case in light of a notice of voluntary dismissal he filed in a similar, earlier case that included the same claims against the same parties. (ECF No. 7.) Plaintiff was put on notice that failure to respond to the Court's order may result in the dismissal of this case under Federal Rule of Civil Procedure 41(b). (*Id.*)

To date, Plaintiff has not responded to the Court's order. Thus, under Rule 41(b), Plaintiff's complaint is DISMISSED without prejudice.

SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: August 7, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 7, 2023, by electronic and/or ordinary mail.

    s/Lisa Bartlett
    Case Manager