dUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE JORDAN TIMCO,

    Plaintiff,                                   Case No. 23-11239

v.                                                  Honorable Nancy G. Edmunds

STERLING HEIGHTS
POLICE DEPARTMENT, *et al.*,

    Defendants.
_____/

## JUDGMENT

In accordance with the Court's order entered this date,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED without prejudice, and this case is CLOSED.

SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: August 7, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 7, 2023, by electronic and/or ordinary mail.

                                      s/Lisa Bartlett
                                      Case Manager